ILENE J. LASHINSKY (#003073)
United States Trustee

ELIZABETH C. AMOROSI (#10755)
Assistant United States Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
FAX: (602) 514-7270

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Proceedings under Chapter 11 |
| ) | |
| RDX TECHNOLOGIES CORPORATION, ) | No. 2:15-bk-15859-PS |
| ) | |
| Debtor. ) | **NOTICE OF APPEARANCE AND** |
| ) | **REQUEST FOR NOTICE** |
| ) | |

Notice is hereby given that the undersigned attorney is the designated attorney for the United States Trustee in this case. Notices and all pleadings should be directed to Elizabeth C. Amorosi, Assistant United States Trustee at 230 North First Ave, Suite 204, Phoenix, Arizona, 85003.

RESPECTFULLY SUBMITTED this 21st day of December, 2015.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ ECA #10755
_____
Elizabeth C. Amorosi
Assistant United States Trustee

Copy of the foregoing mailed this
21st day of December, 2015 to:

RONALD J. ELLETT
ELLETT LAW OFFICES, P.C.
2999 North 44th Street
Suite 330
PHOENIX, AZ 85018
Attorney for the Debtor


/s/ Deborah Munson