# United States Bankruptcy Court
## District of Arizona

In re **RDX TECHNOLOGIES CORPORATION**  
Debtor(s)

Case No. **15-bk-15859-PS**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRYAN GIRAUDO**<br>2744 STEINER STREET<br>San Francisco, CA 94123 | | | |
| **CDS & CO (NCI)**<br>PO BOX 1038 STN A, 25 THE ESPLANADE<br>TORONTO, ON CANADA M5W 1G5 | | | |
| **CEDE & CO**<br>PO BOX 20 BOWLING GREEN STN<br>New York, NY 10274 | | | |
| **DENNIS M DANZIK**<br>10632 NORTH SCOTTSDALE ROAD<br>Scottsdale, AZ 85254 | | | |
| **EXCHANGES CONTROL FOR CLASS C01**<br>100 UNIVERSITY AVE, 8TH FLOOR<br>TORONTOA ON, M5J 2Y1 | | | |
| **GABRIEL MANCINI**<br>1205 CUNNINGHAM DR. SW<br>EDMONTON AB, T6W 0R5 | | | |
| **GEM INVESTMENT AMERICA LLC**<br>590 MADISON AVE., 36TH FLOOR<br>New York, NY 10022 | | | |
| **GEM INVESTMENT AMERICA LLC**<br>590 MADISON AVE., 36TH FLOOR<br>New York, NY 10022 | | | |
| **JEFF ROBBINS**<br>RR2 SITE 4 BOX 88<br>ONOWAY AB, T0E 1V0 | | | |
| **NBCN INC TR GEM INVESTMENTS AMERICA LLC**<br>1010 DE LA GAUCHETIERE O<br>SUITE M100<br>MONTREAL QC H3B 5J2 | | | |
| **PALADIN BIODIESEL I INC**<br>2020 K. ST NW, SUITE 400<br>Washington, DC 20006 | | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PALADIN BIODIESEL II INC**<br>**2020 K. ST NW SUITE 400**<br>**Washington, DC 20006** | | | |
| **PALADIN GLOBAL ALTERNATIVE ENERGY FUND**<br>**2020 K ST NW, SUITE 400**<br>**Washington, DC 20006** | | | |
| **PALADIN III LP**<br>**2020 K. ST NW, SUITE 400**<br>**Washington, DC 20006** | | | |
| **PALADIN III NY CITY LP**<br>**2020 K. ST NW, SUITE 400**<br>**Washington, DC 20006** | | | |
| **PALADIN INSTITUTIONAL CO-INVESTMENT FUND**<br>**2020 K ST NW, SUITE 400**<br>**Washington, DC 20006** | | | |
| **ROBERT G. LINDSAY**<br>**GBS 4-17 RR #2**<br>**LLOYDMINSTER SK, S9V 0X7** | | | |
| **SIGMA CAPITAL ADVISORS LLC**<br>**800 THIRD AVENUE, SUITE 1701**<br>**New York, NY 10022** | | | |
| **SIGMA OPPORTUNITY FUND II LLC**<br>**800 THIRD AVENUE, SUITE 1701**<br>**New York, NY 10022** | | | |
| **STEVEN STANSFIELD**<br>**BOX 2385**<br>**LLOYDMINSTER SK, S9V 1W5** | | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 8, 2016**     Signature **/s/ DENNIS DANZIK**
**DENNIS DANZIK**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.