1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2
   ELIZABETH C. AMOROSI (#010755)
3  Assistant United States Trustee
   230 North First Avenue, #204
4  Phoenix, Arizona  85003-1706
   (602) 682-2600 (phone)
5  (602) 514-7270 (fax)
   E-mail: Elizabeth.C.Amorosi@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RDX TECHNOLOGIES CORPORATION<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:15-bk-15859-PS<br><br>APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

    1.    TRANGO TECHNOLOGY INC.
           Attn: Wayne Hackelton
           25850 N. Tennyson Lane
           Stevenson Ranch CA 91381
           Phone: 818-425-3750
           Fax: 661-287-3141
           Email: wayne.hackelton@trangoadvisory.com

    2.    MCLEOD LAW LLP
           Attn: Andrew Neil Hutton
           14505 Bannister Road S.E., 3rd Floor

Calgary, Alberta, CANADA T2X 3J3
Phone: 403-278-9411
Fax: 403-271-1769
Email: anhutton@mcleod-law.com

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated: March 24, 2016

/s/ECA (#010755)
ELIZABETH C. AMOROSI
Assistant United States Trustee

Copies of the foregoing emailed to the creditors appointed as listed above, and the following this 24th day of March, 2016:

Ronald J. Ellett
2999 North 44th Street, Suite 220
Phoenix AZ 85008
Email: hsantilli@ellettlaw.com

Attorney for Debtor

/s/ C. Popovich