Law Office of Blake D. Gunn
P.O. Box 22146
Mesa, Arizona 85277
480-710-8677
Fax 480-393-7162
bgunn@gunnfirm.com

Blake D. Gunn, SBN 019112
Attorney for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>RDX TECHNOLOGIES CORPORATION,<br><br>                Debtor.<br><br>TOWN OF DEAVER, WYOMING,<br><br>                Movant<br><br>vs.<br><br>RDX TECHNOLOGIES CORPORATION,<br><br>                Respondents | Case No. 2:15-bk-15859-PS<br><br>Chapter 11<br><br>**NOTICE OF LODGING PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

      NOTICE IS HEREBY GIVEN that on March 29, 2016, the Law Office of Blake D. Gunn lodged an order granting the Motion for Relief from the Automatic Stay filed by the Town of Deaver, Wyoming. A copy of the Order appears as Exhibit "A" to this Notice.

DATED this 29th day of March 2016.

                                                    /s/ Blake D. Gunn 019112  
                                                    Blake D. Gunn  
                                                    P.O. Box 22146  
                                                    Mesa, Arizona 85277  
                                                    480-270-5073  
                                                    Attorney for Debtor

FILED via ECF this 29th day of March 2016

COPY of the foregoing mailed this
29th day of March 2016 to:

Ronald Ellett
2999 N. 44th St.
Suite 330
Phoenix, AZ 85018
Attorney for Debtor

/s/ Blake D. Gunn 019112

Law Office of Blake D. Gunn
P.O. Box 22146
Mesa, Arizona 85277
480-710-8677
Fax 480-393-7162
bgunn@gunnfirm.com

Blake D. Gunn, SBN 019112
Attorney for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE | Case No. 2:15-bk-15859-PS |
| RDX TECHNOLOGIES CORPORATION, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| TOWN OF DEAVER, WYOMING, | |
| Movant | |
| vs. | |
| RDX TECHNOLOGIES CORPORATION, | |
| Respondents | |

THIS MATTER having come before the Court on the Town of Deaver, Wyoming's Motion for Relief from the Automatic Stay in which the Town requests authority to pursue a bond relating to a construction project, and the Debtor having been served with notice of the Motion, and the Debtor having failed to object or otherwise respond within the time required,

3

IT IS HEREBY ORDERED granting the Town's Motion. The Town may seek recovery from any bond or surety provided by the Debtor relating to the project from which the Town's claim arises.

IT IS FURTHER ORDERED that the Town shall take no additional action against the Debtor to collect on its claim.

SIGNED AND DATED ABOVE